**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6380**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

GEORGE EDWARD HOWARD, June,

              Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.   Mary G. Lewis, District Judge. (7:13-cr-00020-MGL-1)

Submitted:  August 18, 2016          Decided:  August 23, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Edward Howard, Appellant Pro Se.  Carrie Fisher Sherard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Edward Howard appeals the district court's order denying his motion to reconsider its denial of a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012) and Amendment 782 of the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's refusal to reconsider. See United States v. Goodwyn, 596 F.3d 233, 234-36 (4th Cir. 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED